**Motion Granted; Order filed September 1, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00283-CV
_____

**THE CITY OF ANAHUAC, TEXAS, Appellant**

**V.**

**C. WAYNE MORRIS, Appellee**

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. CV28119**

## ORDER

The City of Anahuac, Texas filed a notice of appeal from the final judgment signed March 2, 2015. C. Wayne Morris filed a notice of cross-appeal from the same judgment. On August 25, 2015, C. Wayne Morris filed an unopposed motion to dismiss the cross-appeal. The motion is granted. Accordingly, we order the cross-appeal filed by C. Wayne Morris **DISMISSED.** The City of Anahuac's appeal remains pending before the court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.